

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00637-CR

Stephen Jonathon **VOGT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12648B
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we REFORM the judgment and bill of costs to delete Vogt's requirement to pay attorney's fees, and AFFIRM the trial court's judgment as reformed.

SIGNED December 18, 2013.

Patricia O. Alvarez, Justice